# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FIREFIGHTERS' RETIREMENT
SYSTEM

VERSUS

WARREN REED HOLLOWAY

NO.   2021 CW 0396

**JUNE 16, 2021**

---

In Re:     Warren Reed Holloway, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 642604.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10).  Relator, Warren Reed Holloway, failed to include a copy of the pertinent court minutes.  In addition, although not required by the Uniform Rules of Louisiana Courts of Appeal, the writ application does not contain a copy of the transcript of the evidentiary hearing on the exception of prescription, which is necessary to this court's review of this matter.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above,  and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before July 15, 2021 and must contain a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT